FILED
August 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>SHERLYNN CHARLES,<br><br>　　　　　Defendant. | CASE NUMBER: 2:14-mj-00176-EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sherlynn Charles</u>; Case <u>2:14-mj-00176-EFB</u> from custody and for the following reasons:

　　　　__　　Release on Personal Recognizance

　　　　__　　Bail Posted in the Sum of _____

　　　　X　　Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; cosigned by Manuel and Michael Charles

　　　　__　　Appearance Bond with 10% Deposit

　　　　__　　Appearance Bond secured by Real Property

　　　　__　　Corporate Surety Bail Bond

　　　　X　　(Other) <u>Pretrial Supervision/Conditions; Defendant to be released on 8/27/2014 at 9:00 AM to the custody of Pretrial Services to attend The Effort Residential Treatment Program</u>

Issued at <u>Sacramento, CA</u> on <u>8/26/2014</u> at 2:40 pm

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge