**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant**
**SHERLYNN CHARLES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:14-cr-00239-GEB** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | **DATE: February 27, 2015** |
| **SHERLYNN CHARLES** | **TIME: 9:00 a.m.** |
| Defendant, | **JUDGE: Hon. Garland E. Burrell** |

    Defendants, by and through their undersigned counsel, and the government, by and through Assistant United States Attorney, Michael McCoy, hereby agree and stipulate that this matter, set on calendar January 16, 2015 be continued approximately 30 days to allow counsel to review discovery and undergo defense investigation.

    Therefore the parties request a status conference of February 27, 2015 and that date is available with the court. The parties further stipulate that the Court should exclude the computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by granting the

1

defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4). period from the date of this order through February 27, 2015, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Date: January 15, 2015

**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**

*/s/ Michael McCoy*
MICHAEL MCCOY
**Assistant U.S. Attorney**

DATE: January 15, 2015

/s/Ron Peters
RON PETERS
Attorney for Defendant
**SHERLYNN CHARLES**

**ORDER**

It is so ordered that the matter be placed on the Court's calendar at 9:00 a.m. on February 27, 2015.

Dated: January 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge