PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00239-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | DATE: June 24, 2016 |
| KENNETH TAM, GERALD OSBORNE, SHERLYNN CHARLES, MARCO ANTONIO BORJA, ADALBERTO VALENZUELA-RUIZ, and NELSON GUTIERREZ, | TIME: 9:30 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 24, 2016.

2.      By this stipulation, defendants GERALD OSBORNE, SHERLYNN CHARLES, and ADALBERTO VALENZUELA-RUIZ now move to continue the status conference until September 9, 2016, and to exclude time between June 24, 2016, and September 9, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 425 pages of documents; various photographs and audio recordings; and various items of real

evidence, such as alleged narcotics.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to consult with their clients, continue to review the discovery, conduct investigation, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2016 to September 9, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Rest of page blank*.]

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5  Dated:  June 22, 2016                              PHILLIP A. TALBERT
                                                     Acting United States Attorney
6

7                                                    /s/ ROSS K. NAUGHTON
                                                     ROSS K. NAUGHTON
8                                                    Assistant United States Attorney

9  Dated:  June 22, 2016                              /s/ DINA L. SANTOS
10                                                    DINA L. SANTOS
                                                     Counsel for Defendant
11                                                    GERALD OSBORNE

12

13 Dated:  June 22, 2016                              /s/ RON PETERS
                                                     RON PETERS
14                                                    Counsel for Defendant
                                                     SHERLYNN CHARLES
15

16 Dated:  June 22, 2016                              /s/ CLEMENTE M. JIMÉNEZ
17                                                    CLEMENTE M. JIMÉNEZ
                                                     Counsel for Defendant
18                                                    ADALBERTO VALENZUELA-
                                                     RUIZ
19

20

21

22                                    **FINDINGS AND ORDER**

23    IT IS SO FOUND AND ORDERED.

24    Dated:  June 22, 2016

25

26

27                                    _____
                                     GARLAND E. BURRELL, JR.
28                                    Senior United States District Judge