PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>KENNETH TAM,<br>GERALD OSBORNE,<br>SHERLYNN CHARLES,<br>MARCO ANTONIO BORJA,<br>ADALBERTO VALENZUELA-RUIZ, and<br>NELSON GUTIERREZ,<br><br>                                    Defendants. | CASE NO.  2:14-CR-00239-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 9, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on December 9, 2016.

2.      By this stipulation, defendants GERALD OSBORNE, SHERLYNN CHARLES, and ADALBERTO VALENZUELA-RUIZ now move to continue the status conference until March 10, 2017, and to exclude time between December 9, 2016, and March 10, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 425 pages of documents; various photographs and audio recordings; and various items of real

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]            1
FINDINGS AND ORDER

1   evidence, such as alleged narcotics.  All of this discovery has been either produced directly to

2   counsel and/or made available for inspection and copying.

3          b)   Counsel for defendants desire additional time to consult with their clients,

4   continue to review the discovery, conduct investigation, and to otherwise prepare for trial.

5          c)   Counsel for defendants believe that failure to grant the above-requested

6   continuance would deny counsel the reasonable time necessary for effective preparation, taking

7   into account the exercise of due diligence.

8          d)   The government does not object to the continuance.

9          e)   Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12         f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of December 9, 2016 to March 10,

14  2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15  T4] because it results from a continuance granted by the Court at defendants' request on the basis

16  of the Court's finding that the ends of justice served by taking such action outweigh the best

17  interest of the public and the defendant in a speedy trial.

                          [*End of page*.]

18

19

20

21

22

23

24

25

26

27

28

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 6, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated:  December 7, 2016

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant
GERALD OSBORNE

Dated:  December 6, 2016

/s/ RON PETERS
RON PETERS
Counsel for Defendant
SHERLYNN CHARLES

Dated:  December 7, 2016

/s/ CLEMENTE M. JIMÉNEZ
CLEMENTE M. JIMÉNEZ
Counsel for Defendant
ADALBERTO VALENZUELA-
RUIZ

* * *

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

3