```
 1  Law Offices of Ron Peters
    RON PETERS (SBN: 45749)
 2  901 H Street, Suite 611
 3  Sacramento, California 95814
    Telephone:   (916) 322-2472
 4  Facsimile:   (916) 322-3208
    Email: ronslaw207@sbcglobal.net
 5
 6  Attorney for Defendant
    SHERLYN CHARLES
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  2:14-cr-0239−GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| vs. | ) |
| SHERLYN CHARLES,<br>     Defendant | ) |

The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Jill Thomas, Assistant United States Attorney, and defendant Sherlyn Charles, through her attorney, Ronald Peters, Esq, hereby stipulate and agree that the Status Conference scheduled for December 15, 2017 at 9:00 am shall be continued to, January 26, 2018 at 9:00 a.m.

Defense requests additional time to review discovery and continue to undergo defense investigation. Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision December 15, 2017 to and including January 26, 2018.

**Respectfully Submitted,**
**PHILLIP A. TALBERT**
**United States Attorney**

DATE: December 13, 2017      /s/ Ron Peters for Jill Thomas
                             JILL THOMAS
                             **Assistant U.S. Attorney**

DATE: December 13, 2017      /s/Ron Peters
                             RON PETERS
                             Attorney for Defendant
                             **Sherlyn Charles**

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

2

**PROPOSED ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, December 15, 2017, to and including January 26, 2018.

It is so ordered.

Dated: December 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge