**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SHERLYN CHARLES**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **SHERLYN CHARLES,** ) <br> **Defendant** ) <br> ) | **Case No.:  2:14-cr-0239−GEB** <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Jill Thomas, Assistant United States Attorney, and defendant Sherlyn Charles, through her attorney, Ronald Peters, Esq, hereby stipulate and agree that the Status Conference scheduled for March 23, 2018 at 9:00 am shall be continued to May 4, 2018 at 9:00 am.

Defense requests additional time to review discovery and continue to undergo defense investigation.  Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision March 23, 2018 through May 4, 2018.

**Respectfully Submitted,**
**MC GREGORY W. SCOTT**
**United States Attorney**

DATE: March 21, 2018         /s/ Ron Peters for Jill Thomas
                             JILL THOMAS
                             **Assistant U.S. Attorney**

DATE: March 21, 2018         /s/Ron Peters
                             RON PETERS
                             Attorney for Defendant
                             **Sherlyn Charles**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, March 23, 2018, to and including May 4, 2018.

It is so ordered.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

3