**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile:   (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SHERLYN CHARLES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA    Plaintiff,vs.SHERLYN CHARLES,    Defendant | Case No.:  2:14-cr-0239−GEB**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Jill Thomas, Assistant United States Attorney, and defendant Sherlyn Charles, through her attorney, Ronald Peters, Esq, hereby stipulate and agree that the Status Conference scheduled for June 22, 2018 at 9:00 am shall be continued to June 29, 2018 at 9:00 am.

    Defense requests additional time to review discovery and continue to undergo defense investigation.  Accordingly the defendant agrees that a Local Rule T-4 exclusion would be applicable.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision June 22, 2018 through June 29, 2018.

                                        **Respectfully Submitted,**
                                        **MC GREGORY W. SCOTT**
                                        **United States Attorney**

DATE: June 19, 2018                    /s/ Ron Peters for Jill Thomas
                                        JILL THOMAS
                                        **Assistant U.S. Attorney**

DATE: June 19, 2018                    /s/Ron Peters
                                        RON PETERS
                                        Attorney for Defendant
                                        **Sherlyn Charles**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, June 22, 2018, to and including June 29, 2018.

It is so ordered.

Dated: June 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge